# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145893

STEVEN BONNER,
        Plaintiff-Appellant,

v

BALLY TOTAL FITNESS OF THE MIDWEST,
INC., f/k/a BALLY TOTAL FITNESS
INTERNATIONAL, INC.,
        Defendant-Appellee.

SC: 145893
COA: 302782
Wayne CC: 10-002507-CK

_____/

      On order of the Court, the application for leave to appeal the June 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk

s0225